UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Petitioner,

                                                         Civil No. 06-50703

vs.                                                 Honorable Paul D. Borman

PSYCHIATRY & BEHAVIORAL MEDICINE
PROFESSIONALS, and DR. ERIC HERMAN,

               Respondents.

_____/

## ORDER

      This matter is before the Court on the Petition of the United States of America for judicial enforcement of two administrative subpoenas issued by the Inspector General of the United States Postal Service to Psychiatry & Behavioral Medicine Professionals and Dr. Eric Herman. The Court, having reviewed all pleadings in support of the United States' Petition and all pleadings in opposition thereto, is of the opinion that the Petition should be GRANTED. It is therefore ORDERED as follows:

      Psychiatry & Behavioral Medicine Professionals shall, within fifteen (15) business days of the date of this Order, produce all documents described in Inspector General subpoena number 3951 and upon completion of its production shall confirm in writing, for each subpoena request, that all responsive documents have been produced.

      Dr. Eric Herman shall, within fifteen (15) business days of the date of this Order, produce all documents described in Inspector General subpoena number 3950 and upon completion of his production shall confirm in writing, for each subpoena request, that all responsive documents have been produced.

                                                               s/Paul D. Borman
                                                               PAUL D. BORMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: August 1, 2006

2

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 1, 2006.

                                              s/Denise Goodine
                                              Case Manager